**Tammy Jo MEYER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 79413**

Missouri Court of Appeals,
Western District.

ORDER FILED: August 30, 2016

Jeannette Wolpink, Kansas City, MO, Counsel for Appellant.

Karen Kramer, Jefferson City, MO, Counsel for Respondent.

Before Division One: Anthony Rex Gabbert, Presiding Judge, Thomas H. Newton, and Alok Ahuja, Judges

## ORDER

Per Curiam:

Ms. Tammy Jo Meyer appeals the judgment overruling a Rule 24.035 motion without an evidentiary hearing. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).